**E. David CATTOOR, Respondent–Appellant,**

v.

**Jane M. CATTOOR, Petitioner–Appellee.**

**No. 70217.**

Missouri Court of Appeals,
Eastern District,
Northern Division.

June 17, 1997.

Douglas A. Forsyth, Clayton, for appellant.

Jess L. Mueller, Troy, for respondent.

Before AHRENS, C.J., and REINHARD and RHODES RUSSELL, JJ.

*ORDER*

PER CURIAM.

Husband, E. David Cattoor, appeals from a judgment entered in a dissolution of marriage action brought by wife, Jane Cattoor. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

**Wayne HARDCASTLE, Respondent,**

v.

**DIRECTOR OF REVENUE, STATE OF MISSOURI, Appellant.**

**No. 70919.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 17, 1997.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for appellant.

Casey J. Welch, Wasinger, Parham & Morthland, Terrell & Wasinger, Hannibal, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, the Director of Revenue, appeals the judgment of the Circuit Court of Marion County setting aside the suspension of respondent's, Wayne Hardcastle's, driving privileges. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment is supported by sufficient evidence and is not against the weight of the evidence, and no error of law appears. As an extended opinion would serve no jurisprudential purpose, we affirm pursuant to Rule 84.16(b).